IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAHEEM DUTTON, | : | |
|     Petitioner | : | |
| | : | |
| vs. | : | CIVIL NO. 1:CV-11-0308 |
| | : | |
| UNITED STATES OF AMERICA, | : | |
|     Respondent | : | |

*O R D E R*

AND NOW, this 23rd day of March, 2011, upon consideration of the report and recommendation of the magistrate judge (doc. 4), filed February 16, 2011, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1.  The magistrate judge's report is adopted.

    2.  The Clerk of Court shall transfer this case to the United States District Court for the District of New Jersey.

    3.  The Clerk of Court shall close this file.

                                          /s/William W. Caldwell
                                          William W. Caldwell
                                          United States District Judge